IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.   7:12-CR-25 (HL) |
| v.     : | |
| ALBERT G. KLINE    : | |

**FINAL ORDER OF FORFEITURE**

On October 10, 2012, pursuant to 21 U.S.C. ' 853(n), as incorporated by Title 18, United States Code, Section 2253, and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Defendant Albert G. Kline.

Pending now before the Court is the United States= Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.      This Court has jurisdiction of this matter pursuant to 18 U.S.C. ' 3231, and venue is proper pursuant to 18 U.S.C. ' 3232 and FED. R. CRIM. P. 18.

2.      The United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3.      The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must

petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. ' 853(n), as incorporated by 18, U.S.C. ' 2253.

4. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture, and the time for filing such petitions has now expired.

THEREFORE IT IS HEREBY ORDERED THAT:

1. The Court=s October 10, 2012, Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law:

    a. Any visual depictions of minors engaged in sexually explicit conduct, including but not limited to those visual depictions referred to in Count One;

    b. One Compaq Presario desktop computer, Serial Number MXK4291HDP, containing a Seagate 160 GB hard disk drive, Serial Number 3JS3FNXF;

    c. One Maxtor 30 GB hard disk drive, Serial Number 3892B253;

    d. One Western Digital 1 TB hard disk drive, Serial Number 3892B253;

    e. Numerous floppy disks, VHS tapes, CDs, slides, negatives, SD card, white thumb drive, and any other items used to produce or view sexually explicit depictions of minors; and

    f. One orange notebook and miscellaneous papers.

2. The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, this  1st  day of  March , 2013.

s/ Hugh Lawson
HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY


s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.   052683