**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

|  |  |  |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.    7:12-CR-25 (HL)** |
| | : | |
| **v.** | : | |
| | : | |
| **ALBERT G. KLINE** | : | |
| | : | |

## AMENDED FINAL ORDER OF FORFEITURE

On March 1, 2013, this Court entered a Final Order of Forfeiture pursuant to the Government's Motion for Issuance of a Final Order of Forfeiture.  On March 13, 2013, the United States filed a Motion requesting the Court to enter an Amended Final Order to dismiss and correct the description of certain property subject to forfeiture in this action.

Accordingly, on motion of the United States and for good cause, the Final Order of Forfeiture entered on March 1, 2013, is hereby VACATED, and this Amended Final Order of Forfeiture is entered in its place.

WHEREAS, the Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW;

1.     This Court has jurisdiction of this matter pursuant to 18 U.S.C. ' 3231, and venue is proper pursuant to 18 U.S.C. ' 3232 and FED. R. CRIM. P. 18.

2.     The United States has furnished due and legal notice of these proceedings as required by law of its intent to dispose of the property in accordance with the law.

3.     The initial notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official

internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the validity of his or her alleged interest in the property pursuant to 21 U.S.C. ' 853(n), as incorporated by 18, U.S.C. ' 2253.  In accordance with FED. R. CRIM. P. 32.2(b)(6)(C) and Rule G(4)(a)(i)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, a second notice of forfeiture by publication, omitting and correcting the property descriptions is unnecessary because the property subject to forfeiture is valued less than $1,000.00.

4.      No persons or entities have filed third-party petitions asserting claims or interests in the property subject to forfeiture, and the time for filing such petitions has expired.

THEREFORE IT IS HEREBY ORDERED THAT:

1.      All right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law:

a.      Any visual depictions of minors engaged in sexually explicit conduct, including but not limited to those visual depictions referred to in Count One;

b.      One Compaq Presario desktop computer, Serial Number MXK4291HDP, containing a Seagate 160 GB hard disk drive, Serial Number 3JS3FNXF;

c.      One Western Digital 1 TB hard disk drive, Serial Number WD-WCAU49732176;

2

      d.      Numerous floppy disks, VHS tapes, CDs, slides, negatives, SD card, white thumb drive, and any other items used to produce or view sexually explicit depictions of minors; and

      e.      One orange notebook and miscellaneous papers.

    2.      The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, this 13th day of March, 2013.

s/Hugh Lawson

HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

PREPARED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.  052683